PRAECIPE FOR SUMMONS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:13CR1CWR-FKB

JOSEPH PAUL DOMINICK
(Wherever Found)

The Clerk of said Court will issue summons returnable on January 3, 2013 at 10:00 a.m., before Judge Carlton W. Reeves, United States District Judge at Jackson, MS, an information against the above-named defendant having been filed in the above-entitled cause on _____ _____, 2013.

This _____ day of _____, 2013.

GREGORY K. DAVIS
United States Attorney

By: _____
GLENDA R. HAYNES
Assistant U. S. Attorney
MS Bar # 2132

Summons issued: _____

GRH/FBI