AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Joseph Paul Dominick<br>(Wherever Found)<br><br>_Defendant_ | )<br>)<br>)<br>)   Case No.   3:13cr1CWR-FKB<br>)<br>)<br>) |

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**JAN - 8 2013**
J. T. NOBLIN, CLERK
BY _____ DEPUTY

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☑ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of Court

| Place: U. S. District Court<br>501 East Court Street,<br>Jackson, MS 39201<br>Before Judge Carlton W. Reeves | Courtroom No.: |
| | Date and Time:  01/03/2013 10:00 am |

This offense is briefly described as follows:

CONSPIRACY TO COMMIT A HATE CRIME.

Date:   01/03/2013                                           _C. Rousell_   C. Louisville, Deputy Clerk
                                                                    _Issuing officer's signature_
                                                                    J. T. NOBLIN, CLERK
                                                                    _Printed name and title_

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☑ Returned this summons unexecuted

Date:   1/8/13                                              _signature_
                                                                    _Server's signature_
                                                                    Shermaine Sullivan, DUSM
                                                                    _Printed name and title_